**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., ) | CV 07-0558-PHX-PGR |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Default Judgment |
| ) | |
| ) | |
| ) | |
| RSP Realty, LLC, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The Plaintiff having filed a motion and affidavit for judgment by default against RSP Realty, LLC, a New Jersey limited liability corporation; Randhir G. Maisuria, an individual; and Prakash S. Patel, an individual, pursuant to Federal Rules of Civil Procedure, Rule 55(b)(2), and the Court finding that, (1) the Defendants hereinafter named were regularly and duly served; (2) their time to answer expired; and (3) their default was regularly entered and that the allegations contained in Plaintiff's Complaint are true and correct,

IT IS ORDERED that the Plaintiff is granted judgment against Defendants RSP Realty, LLC, a New Jersey limited liability corporation; Randhir G. Maisuria, an individual; and Prakash S. Patel, an individual, and each of them, as follows:

1. On Counts I and II of the Complaint in the amount of $29,872.99, plus interest thereon at the rate of 1.5% per month from and after August 1, 2007;

2. On Count III of the Complaint in the amount of $106,130.70;

3. On Counts V, VI, VII, VIII, and IX, X and XI, defendants and their officers, agents, servants, employees and attorneys and those persons in active concert or participation with said corporation are permanently enjoined from:

    a. using, displaying or advertising or authorizing or licensing any other person to use, display or advertise Plaintiff's "Best Western" trademarks and service marks;

    b. using, displaying or advertising or authorizing or licensing any other person to use, display or advertise Plaintiff's "Best Western" trademarks and service marks or any simulation, reproduction, counterfeit, copy or colorable imitation thereof in any manner likely to cause confusion, mistake or deception as to the identity or source thereof;

    c. Committing any acts calculated to cause others to believe that defendant is in any way connected to, associated with, or sponsored by the plaintiff; and

    d. Otherwise engaging in any other activity or conduct using Plaintiff's "Best Western" trademarks and service marks or any simulation, reproduction, counterfeit, copy or colorable imitation thereof in any manner likely to cause others to falsely believe that defendant is in any way connected to, associated with, or sponsored by the Plaintiff, Best Western International, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4.  On all Counts of the Complaint, for Plaintiff's reasonable attorneys' fees and expenses incurred herein in the amount of $4,196.91.

DATED this 19th day of September, 2007.

_____
Paul G. Rosenblatt
United States District Judge

- 3 -